UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 17, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>AHMAD KHAN, )<br>Defendant. )<br>) | Case No. MAG. 09-0086-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release AHMAD KHAN, Case No. MAG. 09-0086-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $200,000.00

    _X_  Unsecured Appearance Bond - (Interim)

    _X_  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The Defendant is ordered released forthwith on a $200,000 unsecured bond pending the filing of secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/17/09 at 2:53 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge